# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 25-00963-DFM | Date: | July 10, 2025 |
|---|---|---|---|
| Title | Ameris Bank v. GIC Logistic Inc. et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On May 21, 2025, Plaintiff Ameris Bank filed a First Amended Complaint against Defendants Ion Chistruga, Nina Chistruga, and GIC Logistics Inc. See Dkt. 7. On June 30, Plaintiff filed Proofs of Service, indicating that each respective Defendant was served on June 16, 2025, with Answers due on July 7, 2025. See Dkts. 10-13.

No Defendant has filed an Answer or otherwise responded to the FAC. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days why this action should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendants.