# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff,<br><br>v.<br><br>GIC LOGISTICS INC. et al.,<br><br>Defendants. | Case No. SA CV 25-00963-DFM<br><br>JUDGMENT |

    Pursuant to the Order Granting Motion for Default Judgment (see Dkt. 20) and in accordance with Federal Rules of Civil Procedure 55 and 58,

    Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have JUDGMENT in its FAVOR, and AGAINST Defendants GIC Logistics, Inc., Ion Chistruga, and Nina Chistruga, jointly and severally, in the amount of $156,455.52 (consisting of the principal amount due of $143,209.15; prejudgment interest of $6,002.19; attorneys' fees of $6,464.18; and litigation costs of $780.00).

    IT IS SO ORDERED.

Date: September 3, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge